IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MELISSA R. COMER, et al.,** | Case No. 2:15-cv-2599 |
| | **Judge Gregory L. Frost** |
| Plaintiffs, | **Magistrate Judge Elizabeth P. Deavers** |
| v. | |
| **MARNE C. SCHMITT, et al.,** | |
| Defendants. | |

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's October 14, 2015 Order and Report and Recommendation ("R&R"). (ECF No. 36.) In that filing, the Magistrate Judge denied Plaintiffs' motion for leave to amend their complaint. The Magistrate Judge also considered Plaintiffs' motion to remand this case to state court and recommended that the Court deny the same.

The R&R advised the parties that, if any party sought review of that recommendation by the District Judge, that party may file objections to the R&R within fourteen (14) days. (*Id*. at PAGEID # 935.) The R&R further advised the parties that the failure to object within fourteen days will "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id*. (citing *Pfahler v. Nat'l Latex Prod. Co*., 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time for filing such objections has expired, the Court hereby **ADOPTS AND AFFIRMS** the

R&R (ECF No. 36) and **DENIES** Plaintiffs' motion to remand this case to state court (ECF No. 18).

    **IT IS SO ORDERED.**

                                              **/s/ Gregory L. Frost**
                                               **GREGORY L. FROST**
                                               **UNITED STATES DISTRICT JUDGE**