IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MELISSA R. COMER, et al.,**           Case No. 2:15-cv-2599
                                         **Judge Gregory L. Frost**
        **Plaintiffs,**                  **Magistrate Judge Elizabeth P. Deavers**

v.

**MARNE C. SCHMITT, et al.,**

        **Defendants.**

# ORDER

Pending before the Court is a motion to enforce settlement in which the parties dispute whether a settlement agreement exists between Plaintiff and Defendant Schmitt. (ECF No. 12.) The parties no longer dispute the existence of this agreement. The Clerk is **DIRECTED** to terminate this motion as moot and remove the same from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                         /s/ Gregory L. Frost
                                         **GREGORY L. FROST**
                                         **UNITED STATES DISTRICT JUDGE**